# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 2, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150695(151)(155)

*In re* APPLICATION OF MICHIGAN ELECTRIC
TRANSMISSION COMPANY FOR
TRANSMISSION LINE

_____

CHARTER TOWNSHIP OF OSHTEMO,
            Appellant,

v                                                                    SC: 150695
                                                                     COA: 317893
MICHIGAN ELECTRIC TRANSMISSION          MPSC No.: 00-017041
COMPANY, LLC,
            Petitioner-Appellee,

and

MICHIGAN PUBLIC SERVICE COMMISSION,
            Appellee.
_____/

        On order of the Chief Justice, the motion of the Michigan Townships Association, Michigan Municipal League, and Public Corporation Law Section of the State Bar of Michigan to file a supplemental brief amicus curiae is DENIED. On further order of the Chief Justice, the motion of appellee Michigan Public Service Commission to file a brief in reply to appellant's supplemental brief is GRANTED. The reply submitted on October 25, 2016, is accepted for filing.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 2, 2016



Clerk